**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| GEORGE NICK KOURANOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 311-086 |
| | ) | |
| DR. RONALD MOSELY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Corrections Corporation of America ("CCA") is **DISMISSED** from this case.

Furthermore, the Court notes that Plaintiff initially filed this action in the Brunswick Division of the Southern District of Georgia, following which the action was transferred to this Division. (See doc. no. 5.) However, given the dismissal of Defendant CCA, Plaintiff's sole remaining claim in this case concerns a surgical procedure performed by Defendant Mosely that allegedly took place in Vidalia, Georgia. (See doc. no. 1, p. 7.) Because Vidalia is located in Toombs County, Georgia, it is evident that this case properly belongs in the Statesboro Division of the Southern District of Georgia. Accordingly, the case is hereby

**TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number CV612-004. Plaintiff should be aware that all future filings in this case should be made with the Clerk, U.S. District Court, Post Office Box 8286, Savannah, GA 31412.

SO ORDERED this 11th day of January, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE